OPINION — AG — ** STATE AGENCY — PURCHASE OF VEHICLE ** IT IS THE DESIRE OF THE STATE DIRECTOR OF CIVIL DEFENSE TO PURCHASE A STATION WAGON TO BE USED FOR CIVIL DEFENSE PURPOSES WITHIN THE STATE OF OKLAHOMA. IT THIS LEGAL ? — AFFIRMATIVE AS LONG AS YOU GO THROUGH THE STATE BOARD OF PUBLIC AFFAIRS. (COMPETITIVE BIDDING, CENTRAL PURCHASING AUTOMOBILE, TRUCK, STATE FUNDS) CITE: OPINION NO. JUNE 14, 1941 — SINGLETON, 47 O.S. 156 [47-156], 74 O.S. 64 [74-64] (MAINARD KENNERLY)